

NUMBER 13-15-00586-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE CARL H. SCALISE

On Petition for Writ of Mandamus
and Request for Emergency Temporary Relief.

ORDER

Before Justices Garza, Perkes, and Longoria
Per Curiam Order

Relator, Carl H. Scalise, filed a petition for writ of mandamus and motion for emergency relief in the above cause on December 9, 2015. Through this original proceeding, relator seeks to vacate the trial court's order compelling relator to appear for an oral deposition. Through his motion for emergency relief, relator seeks to stay the trial court's order during the pendency of the mandamus proceeding.

The Court, having examined and fully considered the motion for emergency relief, is of the opinion that the motion should be granted. The motion for emergency relief is hereby GRANTED, and the trial court's order compelling relator to appear at an oral

deposition is ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Rebecca Scalise, or any others whose interest would be directly affected by the relief sought, file a response to the motion for emergency relief and a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Order delivered and filed
this 9th day of December, 2015.